## UNITED STATES v. McCONAUGHY.

### SAME v. HENDERSON.

*(District Court, D. Oregon.　December 29, 1887.)*

**Indictments for Perjury.**

*Lewis L. McArthur*, for the United States.

*Cyrus A. Dolph*, for defendants.

DEADY, J.　These two cases were argued and submitted with the foregoing. The defendants are each indicted for perjury alleged to have been committed in depositions given by them as witnesses in the matter of the final proof of Martin McConaughy's desert-land entry.　The demurrers to the indictments are sustained on the ground that it does not appear therefrom that the defendants were duly sworn.